# Court of Appeals
# of the State of Georgia

ATLANTA,  June 09, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1446. MICHAEL CHARLES WARD v. THE STATE.**

A jury convicted Michael Charles Ward of possession of tools in the commission of a crime and he was sentenced in August 2009 to five years probation. In September 2021, Ward filed a motion for an out-of-time appeal, which the trial court denied on December 20, 2021. On January 28, 2022, Ward filed a motion for reconsideration, which the court denied on February 15, 2022. On March 17, 2022, Ward filed a notice of appeal seeking review of the February 15 order. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (punctuation omitted). Further, the filing of a motion for reconsideration does not extend the time for filing a notice of appeal, and the denial of a motion for reconsideration is not itself a directly appealable judgment. See *State v. White*, 282 Ga. 859, 860 (1) (655 SE2d 575) (2008); *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000). Ward filed his notice of appeal 87 days after the December 20, 2021 order denying his motion for an out-of-time appeal. Thus, the notice is untimely as to that order.[1] And Ward's notice of appeal is invalid as to the February 15 order denying his motion for

---

[1] We also note that the Georgia Supreme Court recently determined that a trial court lacks authority to grant an out-of-time appeal. *Cook v. State*, ___ Ga. ___ (5) (870 SE2d 758, 782-783) (2022).

reconsideration. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __06/09/2022__

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*